Filing # 169164576 E-Filed 03/20/2023 07:11:17 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUI
IN AND FOR LEE COUNTY, FLORIDA

CASE NO: 23-CA-002691

**KIMBERLY LADSON,**

    **Plaintiff,**

vs.

**BURLINGTON COAT FACTORY**
**WAREHOUSE CORPORATION,**

    **Defendant.**    /

## COMPLAINT

COMES NOW Plaintiff, **KIMBERLY LADSON**, and sues Defendant, **BURLINGTON COAT FACTORY WAREHOUSE CORPORATION**, and alleges:

1. This is an action for damages that exceeds Fifty thousand one dollar and no cents ($50,001.00), exclusive of interest, costs and attorneys' fees.

2. Plaintiff is a natural person who lives primary in Lee County FL when this incident and injury ensued.

3. At all times material to this action, Defendant **BURLINGTON COAT FACTORY WAREHOUSE CORPORATION** is a foreign corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant was the owner and in possession of that certain business located at 9370-1 Ben C Pratt Six Mile Cypress Pkwy, Fort Myers, FL 33912, store #1343, said business being that of a department store, open to the general public, including the Plaintiff herein.

5. On or about August 31, 2022, Plaintiff visited Defendant's premises.

6. At said time and place, Plaintiff was an invitee shopping at **BURLINGTON COAT FACTORY WAREHOUSE CORPORATION** department store when a shelf fell on her back after retrieving an item off the shelf, lawfully upon the premises of the Defendant, who owed Plaintiff a duty to exercise reasonable care for her safety.

7. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

   a) Negligently failing to maintain or adequately maintain the shelving units, thus creating a hazardous condition to members of the public, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

   b) Negligently failing to inspect or adequately inspect the shelving units, as specified above, to ascertain whether the shelves constituted a hazard to invitees, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

   c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of the shelving units in the department store, when Defendant knew or through the exercise of reasonable care should have known that said condition was unreasonably dangerous and that Plaintiff was unaware of same; and

   d) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the shelving units on Defendant's premises, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8. As a result, while Plaintiff was visiting Defendant's business, shelves fell on her back as a result of the loose shelving units at the **BURLINGTON COAT FACTORY WAREHOUSE CORPORATION** department store, sustaining injuries as set forth.

9. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, **KIMBERLY LADSON**, sues the Defendant, **BURLINGTON COAT FACTORY WAREHOUSE CORPORATION**, for damages and demands judgment in excess of Fifty Thousand Dollars ($50,001.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 20th day of March, 2023.

/s/ *Benjamin Abdulnour*
Benjamin Abdulnour, Esquire
Florida Bar No.: 71362
Morgan & Morgan, P.A.
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: (239) 210-5350
Fax: (239) 204-3813
Email: babdulnour@forthepeople.com
dgallow@forthepeople.com
Attorney for Plaintiff